THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* CLIFTON SHEPPARD, Petitioner-Appellant.

(No. 59289;

First District (5th Division)—March 29, 1974.

PER CURIAM.

BARRETT, J., took no part.

Paul Bradley, Deputy Defender, of Chicago (Richard D. Thomas, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and William F. Linkul, Assistant State's Attorneys, of counsel), for the People.